NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID PILVER,                                    )
                                                 )
                    Appellant,                   )
                                                 )
v.                                               )        Case No. 2D18-4796
                                                 )
HILLSBOROUGH COUNTY; LAW                         )
LIBRARY BOARD; NORMA J. WISE;                    )
WILLIAM C. SPRADLIN; HILLSBOROUGH                )
COUNTY HUMAN RESOURCES                           )
DEPARTMENT; LORI KRIECK;                         )
ANGELEAH KINSLER; BOBBIE AGGERS;                 )
and WILLIM FEATHERINGILL,                        )
                                                 )
                    Appellees.                   )
_____ )

Opinion filed October 30, 2019.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

David Pilver, pro se.

Stephen M. Todd, Sr. Assistant County
Attorney, Tampa, for Appellees.


PER CURIAM.

         Affirmed.

NORTHCUTT, BLACK, and SALARIO, JJ., Concur.